UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT LEE JONES,

    Petitioner,

v.                                           Case No. 4:03 cv 159

THOMAS BIRKETT,                     Hon. Wendell A. Miles

    Respondent.

_____/

## ORDER ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION

On September 2, 2005, United States Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R & R") recommending that Robert Lee Jones' petition for writ of habeas corpus be denied. Neither party has filed objections to the R & R. The court, having reviewed the R & R filed by the United States Magistrate Judge in this action, agrees with the recommended disposition contained in the R & R. Judgment will therefore be entered accordingly.

Entered this 31st day of October, 2005.

                                                    /s/ Wendell A. Miles
                                                    Wendell A. Miles
                                                    Senior U.S. District Judge