UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT LEE JONES,

    Petitioner,

v                                                                 Case No. 4:03 cv 159

THOMAS BIRKETT,                         Hon. Wendell A. Miles

    Respondent.

_____/

## JUDGMENT

The petition for habeas corpus is denied.

Entered this 31st day of October, 2005.

                                                                   /s/ Wendell A. Miles
                                                                   Wendell A. Miles
                                                                   Senior U.S. District Judge